UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  :
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
  :
-----------------------------------------------------------------X
FRANCISCO VAZQUEZ (AND WIFE, TANYA : 07-CV-01721-AKH
RODRIGUEZ), :
  :
                              Plaintiffs, : **APPEARANCE**
  :
          - against - : **ELECTRONICALLY FILED**
  :
80 PINE LLC, *et al.*, :
  :
                              Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       June 30, 2008

                                   By:    /s/ Judith R. Cohen
                                   _____
                                   Judith R. Cohen (JC-8614)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   Phone: (212) 277-6500
                                   Fax: (212) 277-6501

                                   *Attorney for Defendant*
                                   MERRILL LYNCH & CO., INC.

DOCSNY-314623