Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendant Merrill Lynch & Co., Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
IN RE WORLD TRADE CENTER LOWER      : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
                                                           :
-----------------------------------------------------------X
FRANCISCO VAZQUEZ (AND WIFE, TANYA  : 07-CV-01705-AKH
RODRIGUEZ),                                                :
                        Plaintiffs,                        : **NOTICE OF ADOPTION**
                                                           : **OF ANSWER**
        - against -                                        : **TO MASTER COMPLAINT**
                                                           : **BY MERRILL LYNCH**
80 PINE LLC, *et al.*,                                     :
                                                           : **ELECTRONICALLY FILED**
                        Defendants.                        :
-----------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendant Merrill Lynch & Co., Inc. ("Merrill Lynch"), as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts Merrill Lynch's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, Merrill Lynch demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York  
June 30, 2008

DICKSTEIN SHAPIRO LLP

By: /s/ Judith R. Cohen  
_____  
Robert J. Higgins (RH-6477)  
Judith R. Cohen (JC-8614)  
1177 Avenue of the Americas  
New York, New York 10036  
Phone: (212) 277-6500  
Fax: (212) 277-6501

*Attorneys for Defendant*  
MERRILL LYNCH & CO., INC.